Uzir v Maram Tours & Travel Inc. (2021 NY Slip Op 50966(U))

[*1]

Uzir v Maram Tours & Travel Inc.

2021 NY Slip Op 50966(U) [73 Misc 3d 131(A)]

Decided on October 12, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on October 12, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead, P.J., Brigantti, Hagler, JJ.

570100/21

Ahmed Ali Uzir, Plaintiff-Respondent, 
against
Maram Tours & Travel Inc.,
Defendant-Appellant.

Defendant appeals from a judgment of the Civil Court of the City of New York, New York
County (Dakota D. Ramseur, J.), entered December 12, 2019, after a nonjury trial, in favor of
plaintiff in the principal sum of $2,320.

Per Curiam.
Judgment (Dakota D. Ramseur, J.), entered December 12, 2019, reversed, without costs, and
judgment directed in favor of defendant dismissing the complaint.
Our authority to review the record developed at the bench trial and render the judgment
warranted by the facts is as broad as that of the trial court (see Northern Westchester
Professional Park Assoc. v Town of Bedford, 60 NY2d 492, 499 [1983]). Exercising that
authority here, we have no basis to disturb so much of the trial court's finding that plaintiff was
entitled to a $2,320 discount in the cost of his hajj pilgrimage to Saudia Arabia in return for his
performance of certain Iman services. However, contrary to the trial court's conclusion, the trial
evidence conclusively established that plaintiff had, in fact, received that discount. Specifically,
the invoice issued to plaintiff clearly shows that plaintiff's account was credited in the sum of
$2,320. The trial court should not have disregarded this invoice on the ground that it "predate[d]"
subsequent text messages exchanged by the parties concerning a "refund." The refund referred to
in the text messages concerned a separate proposed agreement in the event plaintiff would "lead
religiously" during the hajj.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: October 12, 2021